## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leav͟ ͟ ͟ ͟ ͟ ͟ *hac vice* as provided for by Local Rules 83.12 through 83.14.

07cv6143
JUDGE NORGLE
MAG. JUDGE BROWN

In the Matter of

RICHARD R. FURSTENAU

v.

CITY OF NAPERVILLE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, Richard R. Furstenau

FILED
JN
OCT 3 1 2007
OCT. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| JOHN A SOPUCH III |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ John A. Sopuch III |

| FIRM |
| --- |
| THE COLLINS LAW FIRM, PC |

| STREET ADDRESS |
| --- |
| 1770 Park St., Ste. 200 |

| CITY/STATE/ZIP |
| --- |
| Naperville, IL 60563 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06205578 | 630.527.1595 x 228 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |