UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD R. FURSTENAU | COURT DATE: |
| PLAINTIFF(S) | Case No.<br>**07 C 6143** |
| vs. | |
| CITY OF NAPERVILLE, ET AL. | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Nov 01, 2007,** at **10:40 AM**, I served the above described documents upon **CITY OF NAPERVILLE** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **PATTY PETERSON / PARALEGAL**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **400 S EAGLE STREET, NAPERVILLE, IL 60540.**

**DESCRIPTION:** Gender: **F** Race: **WHITE** Age: **53** Hgt: **5'4"** Wgt: **150** Hair: **BROWN** Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

**Robert D Fairbanks, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 1st day of November, 2007

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

| | | |
|---|---|---|
| CLIENT NAME:<br>**Collins Law Firm***<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>34576 |