UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD R. FURSTENAU<br><br>PLAINTIFF(S)<br><br>vs.<br><br>CITY OF NAPERVILLE, ET AL.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>07 C 6143<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Nov 01, 2007**, at **10:40 AM**, I served the above described documents upon **DAVID DIAL C/O CITY OF NAPERVILLE** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **PATTY PETERSON / PARALEGAL**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **400 S EAGLE STREET, NAPERVILLE, IL 60540.**

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **53**  Hgt: **5'4"**  Wgt: **150**  Hair: **BROWN**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Robert D Fairbanks**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 1st day of November, 2007

*Joan C. Harenberg*
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Collins Law Firm*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
34578