# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07-CV-6143 |
| Richard R. Furstenau | |

v.

City of Naperville, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS: Michael Hull, David Dial, and Michael Cross

| |
|---|
| NAME (Type or print)<br>James G. Sotos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James G. Sotos |
| FIRM<br>James G. Sotos & Associates, Ltd. |
| STREET ADDRESS<br>550 E. Devon, Suite 150 |
| CITY/STATE/ZIP<br>Itasca, Illinois  60143 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06191975 | TELEPHONE  NUMBER<br>630-735-3300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐