UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6143 |
| ) | |
| v. ) | Judge Charles R. Norgle |
| ) | |
| CITY OF NAPERVILLE, a municipal ) | Magistrate Judge Geraldine Soat Brown |
| Corporation; MICHAEL HULL, in his individual ) | |
| and official capacity; DAVID DIAL, in his ) | |
| official and individual capacity; MICHAEL ) | |
| CROSS; in his individual and official capacity; ) | |
| PETER BURCHARD, in his official and ) | |
| individual capacity; MARGO L. ELY, in her ) | |
| individual and official capacity; and JOE ) | |
| MATCHETT, in his individual an official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT CITY OF NAPERVILLE'S
### MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, City of Naperville, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to Dismiss Plaintiff's First Amended Complaint at Law for Failure to state a claim upon which relief can be granted. For the reasons set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss, Plaintiff's First Amended Complaint should be dismissed, with prejudice.

WHEREFORE, Defendant, City of Naperville, respectfully requests this Honorable Court grant its Motion to Dismiss Plaintiff's First Amended Complaint with prejudice and any further relief this Court deems just and proper.

Dated: December 28, 2007

1454541v1

Respectfully submitted,

CITY OF NAPERVILLE,

By:  /s/ Richard T. Sikes, Jr.
     One of Its Attorneys

Richard T. Sikes, Jr.
Terrance J. Sheahan
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312/360-6000

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed the **Notice of Motion, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum in Support of Same**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shawn M. Collins
John A. Sopuch, III
The Collins Law Firm, P.C.
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
Phone: 630-527-1595
Fax: 630-527-1193

James G. Sotos
John J. Timbo
James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, IL 60143
Phone: 630-735-3300
Fax: 630-773-0980

　　　　　　　　　　　　　　　　／s／ Richard T. Sikes, Jr.
　　　　　　　　　　　　　　　　Richard T. Sikes, Jr.