UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF NAPERVILLE, a municipal Corporation; MICHAEL HULL, in his individual and official capacity; DAVID DIAL, in his official and individual capacity; MICHAEL CROSS; in his individual and official capacity; PETER BURCHARD, in his official and individual capacity; MARGO L. ELY, in her individual and official capacity; and JOE MATCHETT, in his individual an official capacity,<br><br>        Defendants. | No. 07 C 6143<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Geraldine Soat Brown |

TO:    Shawn M. Collins  
         John A. Sopuch, III  
         The Collins Law Firm, P.C.  
         1770 N. Park Street  
         Suite 200  
         Naperville, Illinois 60563  

James G. Sotos  
John J. Timbo  
James G. Sotos & Associates, Ltd.  
550 East Devon  
Suite 150  
Itasca, IL 60143  

### NOTICE OF MOTION

    PLEASE TAKE NOTICE that on //th day of January, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead, presiding in courtroom 2341 of the Northern District of Illinois, Eastern Division, and then and there present Defendant City of Naperville's Motion to Dismiss Plaintiff's First Amended Complaint, copies of which is hereby served upon you.

Respectfully submitted,

CITY OF NAPERVILLE,

Richard T. Sikes, Jr.  
Terrence J. Sheahan  
Freeborn & Peters  
311 S. Wacker Drive, Suite 3000  
Chicago, Illinois 60606  
(312) 360-6000  

                /s/ Richard T. Sikes, Jr.  
                One of Its Attorneys

Dated: December 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed the **Notice of Motion, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum in Support of Same**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Shawn M. Collins | James G. Sotos |
| John A. Sopuch, III | John J. Timbo |
| The Collins Law Firm, P.C. | James G. Sotos & Associates, Ltd. |
| 1770 N. Park Street | 550 East Devon |
| Suite 200 | Suite 150 |
| Naperville, Illinois 60563 | Itasca, IL 60143 |
| Phone: 630-527-1595 | Phone: 630-735-3300 |
| Fax: 630-527-1193 | Fax: 630-773-0980 |

/s/ Richard T. Sikes, Jr.
Richard T. Sikes, Jr.