AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RICHARD R. FURSTENAU

CASE NUMBER:   07 C 6143

V.

ASSIGNED JUDGE:   Judge Charles R. Norgle

CITY OF NAPERVILLE, MICHAEL HULL, DAVID
DIAL, MICHAEL CROSS, PETER BURCHARD,
MARGO L. ELY, and JOE MATCHETT

DESIGNATED
MAGISTRATE JUDGE:   Magistrate Judge Brown

TO: (Name and address of Defendant)

Peter Burchard
3124 Austin Street
Naperville, Illinois 60564-3171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John A. Sopuch III
The Collins Law Firm, P.C.
1770 North Park Street
Suite 200
Naperville, Illinois 60563

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 27 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 12/29/07 @ 12:55 P.M. |
| NAME OF SERVER (PRINT) ROBIN O'NEILL | TITLE P.I. #129.218820 Agency # 117.001361 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3124 Austin St., Naperville, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/29/07
*Date*

*Signature of Server*

43W624 US-30, Sugar Grove, IL 60554
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.