U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6143 |

RICHARD R. FURSTENAU
v.
CITY OF NAPERVILLE, MICHAEL HULL, DAVID DIAL, MICHAEL CROSS, PETER BURCHARD, MARGO L. ELY, and JOE MATCHETT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, Richard R. Furstenau

| |
|---|
| NAME (Type or print) |
| Edward J. Manzke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edward J. Manzke |
| FIRM |
| The Collins Law Firm, P.C. |
| STREET ADDRESS |
| 1770 North Park Street, Suite 200 |
| CITY/STATE/ZIP |
| Naperville, Illinois 60563 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6209413 | 630/527-1595 x226 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐