# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of　　　　　　　　　　　　　　　　　Case Number: 07-CV-6143

Richard Furstenau

v.

City of Naperville, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Margo Ely and Joe Matchett

| NAME (Type or print) |
| --- |
| James G. Sotos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James G. Sotos |
| FIRM |
| James G. Sotos & Associates, Ltd. |
| STREET ADDRESS |
| 550 E. Devon, Suite 150 |
| CITY/STATE/ZIP |
| Itasca, Illinois 60143 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06191975 | 630-735-3300 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐