## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Richard Furstenau

    v.

City of Naperville, et al.

Case Number: 07-CV-6143

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants:  Margo Ely and Joe Matchett

| |
|---|
| NAME (Type or print) <br> John J. Timbo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ John J. Timbo |
| FIRM <br> James G. Sotos & Associates, Ltd. |
| STREET ADDRESS <br> 550 E. Devon, Suite 150 |
| CITY/STATE/ZIP <br> Itasca, Illinois  60143 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06238251 | TELEPHONE  NUMBER <br> 630-735-3300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| | |
|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐