Furstenau v. City of Naperville, et al.
Case No.: 07-CV-6143

# EXHIBIT A

```
 1    STATE OF ILLINOIS )
                        SS:
 2    COUNTY OF DU PAGE )
 3    IN THE CIRCUIT COURT OF DU PAGE COUNTY
      FOR THE EIGHTEENTH JUDICIAL CIRCUIT OF ILLINOIS
 4
      THE PEOPLE OF THE STATE
 5    OF ILLINOIS,
                                        ORIGINAL
              Plaintiff,

 7        vs.                  )  No. 06 CM 302

 8    RICHARD FURSTENAU,

 9            Defendant.

10        REPORT OF PROCEEDINGS had at the trial

11    of the above-entitled cause, before Hon. CARY

12    PIERCE, recorded on the DuPage County electronic

13    recording system, transcribed by Sandra

14    Gorajczyk, the 21st day of May, A.D. 2007.

15
      PRESENT:
16
          MR. JOSEPH E. BIRKETT, State's Attorney
17        of DuPage County, by
          MR. ROBERT STANKER,
18        Assistant State's Attorney,

19           appeared on behalf of The People of the
             State of Illinois.
20

21
              Sandra Gorajczyk 084-000455
22         DuPage County Courthouse-Room 366 505
                 North County Farm Road
23                  Wheaton, IL 60187

24
```

1  illustrative of that, Judge.

2              I just wanted to address those two

3  points and with that, the State rests.

4         THE COURT:   Thank you. Okay.

5              Well, it's obvious that the incident

6  occurred on or about the 1st of January of '06.

7              The complaint was signed on the 17th of

8  January, '06, initially for battery and

9  subsequently there's been an Information filed,

10 Count 2.

11             Okay.  I've considered the totality of

12 the evidence, the burden of proof that's placed

13 upon the prosecution, the State.

14             I have considered the credibility of

15 the witness that testified through stipulation

16 and there's some observations I'm going to make.

17             First of all, there's no wrong or

18 inappropriate behavior shown by Officer Hall.

19 In fact, he probably demonstrated restraint.

20             If there's any contact, it appears that

21 it was incidental and non-provoking.

22             The officer -- any officer must have

23 thick skin in situations dealing with the

24 citizens of any community.

**111**

```
 1            I think this -- what occurred was
 2   embarrassing, inappropriate.
 3            There's no independent witness that
 4   testified that any physical contact took place.
 5   The yelling and loud behavior, even though it's
 6     not appropriate, there's no independent witness
 7   that testified that it was a breach of the peace.
 8                    Therefore, it's a not guilty
 9   Count 1 and 2. Thank you.
10                     (WHICH were all of the
11                      proceedings had at the
12                      hearing of the above-
13                       entitled cause, this
14                       date.)
15
16
17
18
19
20
21
22
23
24
```