Furstenau v. City of Naperville, et al.
Case No.: 07-CV-6143

# EXHIBIT C



SHAWN M. COLLINS
EDWARD J. MANZKE

JULIE B. ANDERSON
ROBERT L. DAWIDIUK
DANIEL C. FABBRI
AARON W. RAPIER
SANDRA E. STRASSMAN

*Of Counsel*
JOHN A. SOPUCH III
DAVID J. FISH

December 5, 2007

<u>VIA E-MAIL AND FACSIMILE</u>

Margo L. Ely, Esq.
CITY OF NAPERVILLE
400 South Eagle Street
P.O. Box 3020
Naperville, Illinois 60540-5279

  Re: *Furstenau v. City of Naperville, et al.*
     Case No. 07 C 6143

Dear Ms. Ely:

  I represent Dick Furstenau. I am investigating Peter Burchard's "Open Letter" of November 30 and related events, and have the following questions. I expect that you will answer my questions with the same speed with which the "Open Letter" was circulated throughout town.

(1) Why won't the City make public Burchard's now-secret letter to the City (written by his lawyers) seeking tens of thousands of dollars in severance for Burchard, according to one news story? This letter reportedly was sent to the City on November 30, and therefore within hours of when Burchard circulated his "Open Letter" to the media and others. Furstenau has asked you to make public this Burchard demand letter, and you refused. However, as Burchard last night was granted the severance sought in the secret letter, and the existence of the letter already has been the subject of at least one newspaper article, there is no legitimate reason to continue to refuse to make it public.

(2) Did you ever bother to explore a possible connection between Burchard's two letters of November 30—the "Open Letter" smearing Furstenau and implying legal threats, and his lawyers' letter seeking tens of thousands of dollars in severance which, apparently, the City is not even obligated to pay Burchard? Some of the events alleged in Burchard's "Open Letter" supposedly took place as long as four years ago. Did you ask Burchard why he chose to make first-time allegations of years-old events on the same day that he was also demanding additional severance from the City?

Margo L. Ely, Esq.
December 5, 2007
Page 2

(3) Does the City accept responsibility for the statements in Burchard's "Open Letter"? I assume so, as the letter's first page says "City of Naperville"; it was sent under the City's logo; and it was written by Burchard on City time and property. If I am incorrect, tell me.

(4) Regarding the City Council's action last night, i.e., voting to draft a resolution to censure Furstenau: tell me why that action, for which there was no notice, did not violate the Illinois Open Meetings Act, which requires timely public notice for any action which a public body, like the City Council, takes.

To reiterate, I expect your prompt reply.

Sincerely,

Shawn Collins

SMC/mao
cc: Dick Furstenau
    Local Media