UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF NAPERVILLE, a municipal ) <br> Corporation; MICHAEL HULL, in his ) <br> individual and official capacity; DAVID ) <br> DIAL, in his official and individual ) <br> capacity; MICHAEL CROSS, in his ) <br> individual and official capacity; ) <br> PETER BURCHARD, in his official and ) <br> individual capacity; MARGO ELY, ) <br> in her individual and official capacity, ) <br> and JOE MATCHETT, in his individual ) <br> and official capacity. ) <br> ) <br> Defendants. ) | Case No.: 07-CV-6143 <br><br> Judge Norgle <br> Magistrate Judge Brown <br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that on January 11, 2008, at 9:30 a.m., I shall appear before Judge Charles R. Norgle in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Building, Courtroom 2341, Chicago, IL, and then and there present **Defendants' Margo Ely, Joe Matchett, and Peter Burchard's Joint Motion to Dismiss Plaintiff's Amended Complaint Pursuant to F.R.C.P. 12(b)(6),** a copy of which is hereby served upon you via CM/ECF.

Respectfully submitted,

| | |
|---|---|
| s/John J. Timbo | s/Terry A. Ekl |
| JOHN J. TIMBO, One of the Attys. for Defendants | TERRY A. EKL, One of the Attys. for Defendants |
| JAMES G. SOTOS & ASSOCIATES, LTD. | EKL WILLIAMS PLLC |
| 550 East Devon, Suite 150 | 115 W. 55th St., Suite 400 |
| Itasca, Illinois 60143 | Clarendon Hills, IL 60514 |
| (630) 735-3300 | (630) 654-10045 |
| (630)-773-0980 (fax) | (630) 654-0150 |
| jtimbo@jsotoslaw.com | tekl@eklwilliams.com |

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants' Margo Ely, Joe Matchett, and Peter Burchard's Joint Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** with the Clerk of the Court on **January 9, 2008,** using the CM/ECF system, which will send notification of such filing to the following counsel of record: see attached Service List.

                                                s/John J. Timbo
                                                John J. Timbo, Attorney No. 06238251
                                                One of the attorneys for Defendants
                                                JAMES G. SOTOS & ASSOCIATES, LTD.
                                                550 East Devon, Suite 150
                                                Itasca, Illinois 60143
                                                630-735-3300
                                                630-773-0980 (fax)
                                                jtimbo@jsotoslaw.com

## SERVICE LIST

## RICHARD FURSTENAU V. CITY OF NAPERVILLE, ET AL.
## CASE NO.: 07-CV-6143

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| **John A. Sopuch**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: jsopuch@collinslaw.com | **Richard Thomas Sikes, Jr.**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: rsikes@freebornpeters.com |
| **Edward John Manzke**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: ejmanzke@collinslaw.com | **Terrence J. Sheahan**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: tsheahan@freebornpeters.com |
| **Shawn Michael Collins**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: smc@collinslaw.com | **Terry A. Ekl**<br>Ekl Williams PLLC<br>115 W. 55th St., Suite 400<br>Clarendon Hills, IL 60514<br>(630) 654-1624<br>E-mail: tekl@eklwilliams.com |