UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD R. FURSTENAU,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6143 |
| | ) | |
| **CITY OF NAPERVILLE**, a municipal | ) | The Honorable Charles R. Norgle |
| corporation; **MICHAEL HULL,** | ) | |
| in his individual and official capacity; | ) | Magistrate Judge Geraldine Soat Brown |
| **DAVID DIAL**, in his individual and official | ) | |
| capacity; **MICHAEL CROSS**, in his | ) | |
| individual and official capacity; | ) | JURY TRIAL DEMANDED |
| **PETER BURCHARD**, in his individual | ) | |
| and official capacity; **MARGO L. ELY,** | ) | |
| in her individual and official capacity, | ) | |
| and **JOE MATCHETT**, in his individual | ) | |
| and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **February 1, 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before The Honorable Charles R. Norgle, in Courtroom 2341, U.S. District Court, Eastern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Plaintiff's Motion for Leave to File Second Amended Complaint,** and hereby serve upon you a copy of same.

Dated: January 28, 2008

Respectfully submitted,
**RICHARD R. FURSTENAU**

By: s/ Shawn M. Collins
One of the Plaintiff's Attorneys

Shawn M. Collins
John A. Sopuch III
Edward J. Manzke
Aaron W. Rapier
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's **Notice of Motion** was electronically served on all counsel of record as a result of the CM/ECF filing of this document on January 28, 2008.

s/ Shawn M. Collins

Shawn M. Collins
John A. Sopuch III
Edward J. Manzke
Aaron W. Rapier
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595
(630) 527-1193 – Fax