UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD R. FURSTENAU, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6143 |
| | ) | |
| v. | ) | Judge Charles R. Norgle |
| | ) | |
| CITY OF NAPERVILLE, a municipal Corporation; MICHAEL HULL, in his individual and official capacity; DAVID DIAL, in his official and individual capacity; MICHAEL CROSS; in his individual and official capacity; PETER BURCHARD, in his official and individual capacity; MARGO L. ELY, in her individual and official capacity; and JOE MATCHETT, in his individual an official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

THIS CAUSE coming to be heard on the Certain Defendant's Agreed Motion for Enlargement of Time to File its Responsive Pleading to Plaintiff's Third Amended Complaint, proper notice having been given, and the Court having being advised in the premises, and the parties having agreed to a seven day enlargement of time, until and including March 4, 2008, for Defendants to file their responsive pleadings to Plaintiff's Third Amended Complaint,

IT IS HEREBY ORDERED:

Defendants shall file their responsive pleadings to Plaintiff's Third Amended Complaint by March 4, 2008.

_____<br>
Honorable Charles R. Norgle<br>
United States District Judge

Dated: February ___, 2008

1