UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6143 |
| ) | |
| v. ) | Judge Charles R. Norgle |
| ) | |
| CITY OF NAPERVILLE, a municipal ) | Magistrate Judge Geraldine Soat Brown |
| Corporation; MICHAEL HULL, in his individual ) | |
| and official capacity; DAVID DIAL, in his ) | |
| official and individual capacity; MICHAEL ) | |
| CROSS; in his individual and official capacity; ) | |
| PETER BURCHARD, in his official and ) | |
| individual capacity; MARGO L. ELY, in her ) | |
| individual and official capacity; and JOE ) | |
| MATCHETT, in his individual an official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

TO:  Shawn M. Collins
     John A. Sopuch, III
     The Collins Law Firm, P.C.
     1770 N. Park Street
     Suite 200
     Naperville, Illinois 60563

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 29th day of February, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead, presiding in courtroom 2341 of the Northern District of Illinois, Eastern Division, and then and there present Certain Defendant's Agreed Motion for Enlargement of Time to File Its Responsive Pleading to Plaintiff's Third Amended Complaint, a copy of which is hereby served upon you.

Respectfully submitted,

CITY OF NAPERVILLE,

Richard T. Sikes, Jr.
Terrence J. Sheahan
Freeborn & Peters                          /s/ Richard T. Sikes, Jr.
311 S. Wacker Drive, Suite 3000            One of Its Attorneys
Chicago, Illinois 60606
(312) 360-6000

Dated: February 22, 2008