**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD R. FURSTENAU, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07-CV-6143 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Brown |
| CITY OF NAPERVILLE, a municipal | ) | |
| Corporation; MICHAEL HULL, in his | ) | |
| individual and official capacity; DAVID | ) | JURY TRIAL DEMANDED |
| DIAL, in his official and individual | ) | |
| capacity; and MICHAEL CROSS, in his | ) | |
| individual and official capacity; PETER | ) | |
| BURCHARD, in his official and individual | ) | |
| capacity; MARGO ELY, in her individual | ) | |
| and official capacity, and JOE | ) | |
| MATCHETT, in his individual and official | ) | |
| capacity. | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER

Defendants DAVID DIAL, MICHAEL CROSS, MICHAEL HULL, MARGO ELY, and

JOE MATCHETT by and through their attorneys, JAMES G. SOTOS and JOHN J. TIMBO of

JAMES G. SOTOS & ASSOCIATES, LTD., PETER BURCHARD, by and through his attorneys

TERRY EKL and VINCE MANCINI of EKL WILLIAMS, PLLC, and the CITY OF

NAPERVILLE, by and through its attorneys TERRANCE SHEAHAN and AUDREY

BRODRICK of FREEBORN & PETERS LLP,  move this Honorable Court pursuant to Federal

Rule of Civil Procedure 26(a) to enter a protective order (attached hereto as Exhibit A) regarding

the parties' personal and confidential information.  In support thereof, Defendants state as

follows:

1.     Plaintiff has requested that Defendants provide personnel files for various

Defendants who are current police officers for the City of Naperville.  In addition, Plaintiff has requested the disclosure of confidential memoranda, as well as police records concerning Plaintiff.

2.    The parties recognize that the personnel files as well as other matter deemed "Confidential" which may be sought in the course of this litigation may contain sensitive information of a non-public nature which should not be generally available to the public.

3.    Defendants have conferred with Plaintiff's counsel and Plaintiff's counsel is in agreement that good cause exists for entry of the attached protective order.

WHEREFORE, Defendants respectfully request this Honorable Court grant Defendants' motion and enter the attached protective order.

Dated: March 4, 2008

s/John J. Timbo
JOHN J. TIMBO, Attorney No. 06238251
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Street, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
Jtimbo@jsotoslaw.com
*One of the Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants' Unopposed Motion for Entry of a Protective Order** with the Clerk of the Court on March 4, 2008 using the CM/ECF system, which will send notification of such filing to the following counsel of record: John A. Sopuch, Aaron W. Rapier, Edward John Manzke, Shawn Michael Collins, Richard Thomas Sikes, Jr., Audrey Lane Brodrick and Terrence J. Sheahan.

s/John J. Timbo
John J. Timbo, Attorney No. 06238251
Attorney for Defendants
JAMES G. SOTOS & ASSOCIATES
550 East Devon, Suite 150
Itasca, Illinois 60143
(630) 735-3300
(630) 773-0980 (fax)
jtimbo@jsotoslaw.com

3