UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF NAPERVILLE, a municipal ) <br> Corporation; MICHAEL HULL, in his ) <br> individual and official capacity; DAVID ) <br> DIAL, in his official and individual ) <br> capacity; MICHAEL CROSS, in his ) <br> individual and official capacity; ) <br> PETER BURCHARD, in his official and ) <br> individual capacity; MARGO ELY, ) <br> in her individual and official capacity, ) <br> and JOE MATCHETT, in his individual ) <br> and official capacity. ) <br> ) <br> Defendants. ) | Case No.: 07-CV-6143 <br><br> Judge Norgle <br> Magistrate Judge Brown <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS MARGO ELY, JOE MATCHETT, and PETER BURCHARD'S
JOINT MOTION TO DISMISS PLAINTIFF'S
THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**

Defendants MARGO ELY and JOE MATCHETT, by and through their attorneys, JAMES G. SOTOS and JOHN J. TIMBO of JAMES G. SOTOS & ASSOCIATES, LTD., and PETER BURCHARD, by and through his attorney, TERRY A. EKL of EKL WILLIAMS PLLC, hereby move this Honorable Court to dismiss them from Plaintiff's third amended complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendants have filed an accompanying Memorandum of Law.

WHEREFORE, Defendants Margo Ely, Joe Matchett, and Peter Burchard respectfully request that this Honorable Court dismiss them from Plaintiff's third amended complaint, with prejudice and with costs assessed.

| | |
|---|---|
| s/James G. Sotos | s/Terry A. Ekl |
| James G. Sotos, one of the attorneys for Defendants | Terry A. Ekl, one of the attorneys for Defendants |
| JAMES G. SOTOS & ASSOCIATES | EKL WILLIAMS PLLC |
| 550 East Devon, Suite 150 | 115 W. 55th Street, Suite 400 |
| Itasca, Illinois 60143 | Clarendon Hills, IL 60514 |
| (630) 735-3300 | (630) 654-0045 |
| (630) 773-0980 (fax) | (630) 654-0150 |
| jtimbo@jsotoslaw.com | tekl@eklwilliams.com |

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants' Margo Ely, Joe Matchett, and Peter Burchard's Joint Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6)** with the Clerk of the Court on **March 4, 2008,** using the CM/ECF system, which will send notification of such filing to the following counsel of record:  see attached Service List.

s/John J. Timbo
John J. Timbo, Attorney No. 06238251
One of the attorneys for Defendants
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
jtimbo@jsotoslaw.com

## SERVICE LIST

### RICHARD FURSTENAU V. CITY OF NAPERVILLE, ET AL.
### CASE NO.: 07-CV-6143

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| **John A. Sopuch III**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: jsopuch@collinslaw.com | **Richard Thomas Sikes, Jr.**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: rsikes@freebornpeters.com |
| **Edward John Manzke**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: ejmanzke@collinslaw.com | **Terrence J. Sheahan**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: tsheahan@freebornpeters.com |
| **Shawn Michael Collins**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: smc@collinslaw.com | **Terry A. Ekl and Vincent C. Mancini**<br>Ekl Williams PLLC<br>Two Arboretum Lakes<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>(630) 654-0045<br>E-mail: tekl@eklwilliams.com |
| **Aaron W. Rapier**<br>The Collins Law Firm<br>177 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-Mail: arapier@collinslaw.com | **Audrey Lane Brodick**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: abrodrick@freebornpeters.com |