UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD R. FURSTENAU, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07-CV-6143 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Brown |
| CITY OF NAPERVILLE, a municipal | ) | |
| Corporation; MICHAEL HULL, in his | ) | |
| individual and official capacity; DAVID | ) | JURY TRIAL DEMANDED |
| DIAL, in his official and individual | ) | |
| capacity; MICHAEL CROSS, in his | ) | |
| individual and official capacity; | ) | |
| PETER BURCHARD, in his official and | ) | |
| individual capacity; MARGO ELY, | ) | |
| in her individual and official capacity, | ) | |
| and JOE MATCHETT, in his individual | ) | |
| and official capacity. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on March 7, 2008, at 9:30 a.m., I shall appear before Judge Charles R. Norgle in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Building, Courtroom 2341, Chicago, IL, and then and there present **Defendants Margo Ely, Joe Matchett, and Peter Burchard's Joint Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint,** a copy of which is hereby served upon you via CM/ECF.

Respectfully submitted,

s/John J. Timbo
JOHN J. TIMBO, One of the Attys. for Defendants
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
(630) 735-3300
(630)-773-0980 (fax)
jtimbo@jsotoslaw.com

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants Margo Ely, Joe Matchett, and Peter Burchard's Joint Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint** with the Clerk of the Court on **March 4, 2008,** using the CM/ECF system, which will send notification of such filing to the following counsel of record: see attached Service List.

s/John J. Timbo
John J. Timbo, Attorney No. 06238251
One of the attorneys for Defendants
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
jtimbo@jsotoslaw.com

# SERVICE LIST

## RICHARD FURSTENAU V. CITY OF NAPERVILLE, ET AL.
## CASE NO.: 07-CV-6143

| **ATTORNEYS FOR PLAINTIFF:** | **ATTORNEYS FOR DEFENDANTS:** |
|---|---|
| **John A. Sopuch III**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: jsopuch@collinslaw.com | **Richard Thomas Sikes, Jr.**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: rsikes@freebornpeters.com |
| **Edward John Manzke**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: ejmanzke@collinslaw.com | **Terrence J. Sheahan**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: tsheahan@freebornpeters.com |
| **Shawn Michael Collins**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: smc@collinslaw.com | **Terry A. Ekl and Vincent C. Mancini**<br>Ekl Williams PLLC<br>Two Arboretum Lakes<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>(630) 654-0045<br>E-mail: tekl@eklwilliams.com |
| **Aaron W. Rapier**<br>The Collins Law Firm<br>177 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-Mail: arapier@collinslaw.com | **Audrey Lane Brodick**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: abrodrick@freebornpeters.com |