UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Richard R. Furstenau
                                Plaintiff,

v.                                           Case No.: 1:07−cv−06143
                                                   Honorable Charles R. Norgle Sr.

City of Naperville, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Motion for protective order [49] is granted. Motion for leave to file [58] is granted. Responses to motions to dismiss [51],[55] are due on or before 3/21/2008 Reply briefs are due on or before 4/4/2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.