

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD R. FURSTENAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6143 |
| | ) | |
| CITY OF NAPERVILLE, a municipal corporation; **MICHAEL HULL**, in his individual and official capacity; **DAVID DIAL**, in his individual and official capacity; **MICHAEL CROSS**, in his individual and official capacity; **PETER BURCHARD**, in his individual and official capacity; **MARGO L. ELY**, in her individual and official capacity, and **JOE MATCHETT**, in his individual and official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) | The Honorable Charles R. Norgle<br><br>Magistrate Judge Geraldine Soat Brown<br><br><br>JURY TRIAL DEMANDED |
| Defendants. | ) | |

## AGREED ORDER

THIS CAUSE coming to be heard on Plaintiff's Motion for Extension of Time to File his Responses to the Motions to Dismiss of Defendant City of Naperville and Defendants Burchard, Ely and Matchett; proper notice having been given; the Court having been advised that Defendants do not object to this Motion, and having been further advised in the premises; and the parties having agreed to a five (5) day extension of time, until and including March 26, 2008, for Plaintiff to file his responses, and a corresponding five (5) day extension of time, until and including April 9, 2008, for Defendants to file their reply briefs,

IT IS HEREBY ORDERED:

Plaintiff shall file his responses to the above-identified Defendants' Motions to Dismiss by March 26, 2008, and Defendants shall file their replies by April 9, 2008.

_____
The Honorable Charles R. Norgle
United States District Judge

Dated: March 20, 2008