# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6143 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Furstenau vs. Naperville, et al. | | |

**CASE TITLE**: Furstenau vs. Naperville, et al.

**DOCKET ENTRY TEXT**

In light of Plaintiff having filed his Third Amended Complaint, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [19] is denied as moot.

*Charles R. Norgle* (signature)

Docketing to mail notices.

Courtroom Deputy Initials: