UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) | |
| ) | |
| Plaintiff, ) | Case No.: 07-CV-6143 |
| ) | |
| v. ) | Judge Norgle |
| ) | Magistrate Judge Brown |
| CITY OF NAPERVILLE, a municipal ) | |
| Corporation; MICHAEL HULL, in his ) | |
| individual and official capacity; DAVID ) | JURY TRIAL DEMANDED |
| DIAL, in his official and individual ) | |
| capacity; and MICHAEL CROSS, in his ) | |
| individual and official capacity; PETER ) | |
| BURCHARD, in his official and individual ) | |
| capacity; MARGO ELY, in her individual ) | |
| and official capacity, and JOE ) | |
| MATCHETT, in his individual and official ) | |
| capacity. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS MARGO ELY, JOE MATCHETT, AND PETER BURCHARD'S
AGREED MOTION FOR AN EXTENSION OF TIME
TO FILE REPLY BRIEF**

Defendants MARGO ELY and JOE MATCHETT, by and through their attorneys JAMES G. SOTOS & JOHN J. TIMBO of JAMES G. SOTOS & ASSOCIATES, LTD., and PETER BURCHARD of EKL WILLIAMS, PLLC move this Honorable Court for a four day extension of time, until Monday, April 14, 2008, to file their reply in support of their joint motion to dismiss Plaintiff's Third Amended Complaint. In support of this motion, Defendants state as follows:

1. Defendants' reply brief was scheduled to be due on April 9, 2008 after having been moved by agreement to accommodate Plaintiff's request for an extension of time to file his response brief (*See* Docket No.65).

2.	Defendants have been diligently working on the reply brief, but due to the schedule of Defendants' counsel, Defendants have been unable to finish said reply by April 9, 2008. Defendants respectfully request this Honorable Court for a four day extension of time, until Monday, April 14, 2008, in which to file their joint reply in support of their motion to dismiss Plaintiff's Third Amended Complaint.

3.	This motion is not brought for any improper purpose or to unnecessarily delay these proceedings, and Plaintiff's counsel has no objection to this motion.

WHEREFORE, Defendants ELY, MATCHETT and BURCHARD respectfully request that this Honorable Court grant the instant motion, and allow Defendants until Monday, April 14, 2008, in which to file their reply in support of their motion to dismiss Plaintiff's Third Amended Complaint.

Dated: April 9, 2008	s/John J. Timbo
	JOHN J. TIMBO, Attorney No. 06238251
	JAMES G. SOTOS & ASSOCIATES, LTD.
	550 East Devon Street, Suite 150
	Itasca, Illinois 60143
	630-735-3300
	630-773-0980 (fax)
	Jtimbo@jsotoslaw.com
	*One of the Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants Margo Ely, Joe Matchett, and Peter Burchard's Agreed Motion for an Extension of Time to File Reply Brief** with the Clerk of the Court on April 9, 2008 using the CM/ECF system, which will send notification of such filing to the following counsel of record:

                                                                                              s/John J. Timbo
                                                John J. Timbo, Attorney No. 06238251
                                                Attorney for Defendants
                                                JAMES G. SOTOS & ASSOCIATES
                                                550 East Devon, Suite 150
                                                Itasca, Illinois 60143
                                                (630) 735-3300
                                                (630) 773-0980 (fax)
                                                jtimbo@jsotoslaw.com

# SERVICE LIST

## RICHARD FURSTENAU V. CITY OF NAPERVILLE, ET AL.
## CASE NO.: 07-CV-6143

| **ATTORNEYS FOR PLAINTIFF:** | **ATTORNEYS FOR DEFENDANTS:** |
|---|---|
| **John A. Sopuch III**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: jsopuch@collinslaw.com | **Richard Thomas Sikes, Jr.**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: rsikes@freebornpeters.com |
| **Edward John Manzke**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: ejmanzke@collinslaw.com | **Terrence J. Sheahan**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: tsheahan@freebornpeters.com |
| **Shawn Michael Collins**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: smc@collinslaw.com | **Terry A. Ekl and Vincent C. Mancini**<br>Ekl Williams PLLC<br>Two Arboretum Lakes<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>(630) 654-0045<br>E-mail: tekl@eklwilliams.com |
| **Aaron W. Rapier**<br>The Collins Law Firm<br>177 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-Mail: arapier@collinslaw.com | **Audrey Lane Brodick**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: abrodrick@freebornpeters.com |