## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD R. FURSTENAU, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07-CV-6143 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Brown |
| CITY OF NAPERVILLE, a municipal Corporation; MICHAEL HULL, in his individual and official capacity; DAVID DIAL, in his official and individual capacity; and MICHAEL CROSS, in his individual and official capacity; PETER BURCHARD, in his official and individual capacity; MARGO ELY, in her individual and official capacity, and JOE MATCHETT, in his individual and official capacity. | ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on April 11, 2008 at 9:30 a.m., I shall appear before Judge Charles R. Norgle in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Building, Courtroom 2341, Chicago, IL, and then and there present **Defendants Margo Ely, Joe Matchett, and Peter Burchard's Agreed Motion for an Extension of time to File Reply Brief,** a copy of which is hereby served upon you via CM/ECF.

Respectfully submitted,

s/John J. Timbo
John J. Timbo, Attorney No. 06238251
Attorney for Defendants
JAMES G. SOTOS & ASSOCIATES
550 East Devon, Suite 150
Itasca, Illinois 60143
(630) 735-3300
(630) 773-0980 (fax)
jtimbo@jsotoslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Notice of Motion** with the Clerk of the Court on April 9, 2008 using the CM/ECF system, which will send notification of such filing to the following counsel of record:

                                                      s/John J. Timbo
                                                      John J. Timbo, Attorney No. 06238251
                                                      Attorney for Defendants
                                                      JAMES G. SOTOS & ASSOCIATES
                                                     550 East Devon, Suite 150
                                                     Itasca, Illinois 60143
                                                     (630) 735-3300
                                                     (630) 773-0980 (fax)
                                                     jtimbo@jsotoslaw.com

## SERVICE LIST

**RICHARD FURSTENAU V. CITY OF NAPERVILLE, ET AL.**
**CASE NO.: 07-CV-6143**

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| **John A. Sopuch III**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: jsopuch@collinslaw.com | **Richard Thomas Sikes, Jr.**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: rsikes@freebornpeters.com |
| **Edward John Manzke**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: ejmanzke@collinslaw.com | **Terrence J. Sheahan**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: tsheahan@freebornpeters.com |
| **Shawn Michael Collins**<br>The Collins Law Firm<br>1770 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-mail: smc@collinslaw.com | **Terry A. Ekl and Vincent C. Mancini**<br>Ekl Williams PLLC<br>Two Arboretum Lakes<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>(630) 654-0045<br>E-mail: tekl@eklwilliams.com |
| **Aaron W. Rapier**<br>The Collins Law Firm<br>177 N. Park Street, Suite 200<br>Naperville, IL 60563<br>(630) 527-1595<br>E-Mail: arapier@collinslaw.com | **Audrey Lane Brodick**<br>Freeborn & Peters<br>311 South Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 360-6000<br>E-mail: abrodrick@freebornpeters.com |