UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6143 |
| ) | |
| v. ) | Judge Charles R. Norgle |
| ) | |
| CITY OF NAPERVILLE, a municipal ) | Magistrate Judge Geraldine Soat Brown |
| Corporation; MICHAEL HULL, in his individual ) | |
| and official capacity; DAVID DIAL, in his ) | |
| official and individual capacity; MICHAEL ) | |
| CROSS; in his individual and official capacity; ) | |
| PETER BURCHARD, in his official and ) | |
| individual capacity; MARGO L. ELY, in her ) | |
| individual and official capacity; and JOE ) | |
| MATCHETT, in his individual an official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

TO:   All Counsel of Record
      (See attached Certificate of Service)

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on this 9th day of April, 2008 we caused to be filed in the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Naperville's Reply in Support of Its Motion to Dismiss Plaintiff's Third Amended Complaint,** a copy of which is hereby served upon you.

                              Respectfully submitted,

                              CITY OF NAPERVILLE,

Richard T. Sikes, Jr.
Terrence J. Sheahan
Freeborn & Peters                 /s/ Terrence J. Sheahan
311 S. Wacker Drive, Suite 3000       One of Its Attorneys
Chicago, Illinois 60606
(312) 360-6000

Dated: April 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I caused the **Notice of Filing**, and **Defendant City of Naperville's Reply in Support of Its Motion to Dismiss Plaintiff's Third Amended Complaint** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shawn Michael Collins
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
(630) 527-1595
smc@collinslaw.com

John A. Sopuch
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
(630) 527-1595
jsopuch@collinslaw.com

Terry A. Ekl
Vince Mancini
Ekl Williams PLLC
tekl@eklwilliams.com
vmancini@eklwilliams.com
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532

James G. Sotos
John Timbo
James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, Illinois 60143
Fax: (630) 773-0980
jsotos@jsotoslaw.com
jtimbo@jsotoslaw.com

                                                  /s/ Terrence J. Sheahan
                                                  Terrence J. Sheahan