# CHAPTER 6

## MUNICIPAL OFFICERS AND EMPLOYEES

## ARTICLE A. CITY MANAGER

SECTION:

| | |
|---|---|
| 1-6A-1: | Creation Of Office; Appointment |
| 1-6A-2: | Bond And Compensation |
| 1-6A-3: | Acting City Manager |
| 1-6A-4: | Vacancy In Office; Removal |
| 1-6A-5: | Powers And Duties |

1-6A-1: **CREATION OF OFFICE; APPOINTMENT:** The office of City Manager is hereby created. The City Manager shall be appointed by majority vote of the City Council. He shall be chosen solely on the basis of his executive and administrative qualifications without regard to his political beliefs. At the time of his appointment, he need not be a resident of the City or of the State, but during his tenure of office, he shall reside within the City. (Ord. 281.69, 9-8-1969)

1-6A-2: **BOND AND COMPENSATION:**

1. Bond Requirements: The City Manager shall furnish a bond in such amount and with such surety as may be approved by the City Council, said bond to be conditioned upon the faithful performance of his duties. The cost of the bond shall be paid by the City.

2. Compensation: The City Manager shall receive such compensation as the City Council shall fix from time to time. (Ord. 98-180, 11-3-1998)

1-6A-3: **ACTING CITY MANAGER:**

1. In the case of an absence of the City Manager for less than thirty (30) days, the assistant City Manager shall be appointed Acting City Manager. If the assistant City Manager is also absent, a senior department director shall be appointed Acting City Manager.

2. In the event that the City Manager shall be absent from the City for more than thirty (30) days, or incapacitated from performing the duties of his position, a qualified person, who is an administrative officer of the Municipality, may be appointed by the City Council as interim Manager during such absence or incapacity, with all the powers and duties of that office. Said administrative officer shall perform all the duties thereof without furnishing any additional bond, if such appointee shall already be under bond to the City in any other capacity. If such appointee shall be a person not already under bond to the City, such appointee shall furnish a bond in such amount and with such money as may be approved

by the City Council, and the compensation to be paid such Manager shall be fixed by the Council. (Ord. 95-121, 6-20-1995)

1-6A-4: **VACANCY IN OFFICE; REMOVAL:** In case of a vacancy of the office of City Manager, the City Council shall appoint a Manager Pro Tem who shall possess the powers and duties of the Manager until such time as a new City Manager is appointed. The compensation to be paid to such Manager Pro Tem shall be fixed by the City Council. (Ord. 78-30, 3-20-1978)

The City Council may remove the City Manager at any time, with or without cause, by a majority vote of the entire Council. (Ord. 281.69, 9-8-1969)

1-6A-5: **POWERS AND DUTIES:** The City Manager shall be the chief administrative officer of the City. He shall be responsible to the City Council for the proper administration of all affairs of the City. He shall have the power and shall be required to: (Ord. 95-121, 6-20-1995)

1. Enforce all laws and ordinances of the City.

2. Attend all meetings of the Council. He shall have the right to take part in the discussion of all matters coming before the Council, but shall have no right to vote. He shall be entitled to notice of all special and regular meetings of the Council.

3. Recommend to the Council such measures as in his judgment he deems to be in the best interest of the City.

4. Appoint, suspend or remove the Fire Chief and Police Chief, all department heads, appointive officers and employees of the City. Such appointments, suspensions, or removals shall be based upon the merit and fitness of such officer or employee, without regard to political belief or affiliation. The City Manager may authorize the head of a department or office to appoint, suspend or remove subordinates in such department or office. The authority given to the City Manager under this Section shall not be taken to include the elected officers, the Board of Fire and Police Commissioners; the Plan Commission; the Zoning Board of Appeals, and other commissions and committees heretofore established or which may hereafter be created by the City Council.

5. Exercise control of all departments and divisions thereof now in existence or that may hereafter be created by the Council, except as limited or restricted by ordinance.

6. Make recommendations to the Council concerning compensation for each appointive office and position in the City, including minimum, intermediate, and maximum rates.

7. Recommend to the City Council the creating, consolidating, and combining of officers, positions, departments or units of the administrative and executive departments of the City.

8. Investigate all complaints in relation to matters concerning the administration of the government of the City and services maintained by the public utilities in the City and see that all franchises, permits and privileges granted by the City are faithfully observed.

9. Sign on behalf of the City any contract authorized by the City Council, except where the Council or Statutes of the State of Illinois direct that some other officer shall do so. It shall be the duty of the City Manager to see that all terms of any contract to which the City is a party are fully performed by all parties hereto. (Ord. 77-31, 2-21-1977; amd. 1984 Code)

10. Prepare or cause to be prepared, an annual report of estimated funds necessary to defray the expenditures of the City for the fiscal year for the consideration of the City Council prior to the preparation of the annual budget. He shall cause to be prepared a tentative annual budget in time for consideration by the Council during the first month of the fiscal year and prepare, or cause to be prepared, the tax levy ordinance and upon enactment thereof file a certified copy with the County Clerk. (1984 Code)

11. Submit to the Council, promptly following the end of the fiscal year, a complete report on the finances and administrative activities of the City for the fiscal year.

12. Present a statement each month to the City Council showing the exact financial condition of the City as of the end of the preceding month and showing amounts appropriated, amounts expended, and unexpended balances in the several items of appropriation.

13. Keep a current inventory of all real and personal property of the City and location of such property. He shall be responsible for the care and custody of all City property which is not assigned to some other officer or body for care and control. (Ord. 281.69, 9-8-1969; amd. Ord. 77-31, 2-21-1977; 1984 Code)

14. Investigate, negotiate, compromise, settle and pay any and all claims, suits and actions against the City or its officers, agents or employees for sums which in the aggregate from any one incident or occurrence, do not exceed twenty five thousand dollars ($25,000.00). Prior to settling and paying any such claims, the City Manager shall consult with the Corporation Counsel or other attorney authorized to prosecute or defend such claims. The City Manager shall secure any releases, covenants or other documentation as may be necessary or appropriate to evidence the settlement and payment of such claims and the release of any further actions, claims, suits or damages against the City or its officers, agents or employees arising out of the same occurrence. All settlements shall be promptly reported to the City Council. (Ord. 99-35, 3-2-1999)

15. Devote his entire time to the discharge of his official duties. (Ord. 281.69, 9-8-1969; amd. Ord. 77-31, 2-21-1977; 1984 Code)

16. Perform such other lawful duties as may be required by resolution or ordinance of the City Council, or as identified in 65 Illinois Compiled Statutes 5/5-3-7. (Ord. 95-121, 6-20-1995)