CHAPTER 6

MUNICIPAL OFFICERS AND EMPLOYEES

# ARTICLE D. CORPORATION COUNSEL

SECTION:

| | |
|---|---|
| 1-6D-1: | Appointment; Additional Counsel |
| 1-6D-2: | Powers and Duties |

1-6D-1:   **APPOINTMENT; ADDITIONAL COUNSEL:** The Mayor and City Council may retain an attorney to serve as Corporation Counsel and advise the City or serve as legal advisor and attorney for the City. The City Council may engage additional counsel whenever in its opinion such additional counsel is necessary. (1960 Code, §2.401, 2.402)

1-6D-2:   **POWERS AND DUTIES:**

1.  Suits and Actions: The Corporation Counsel shall prosecute or defend any and all suits or actions at law or equity to which the City may be a party, or in which it may be interested, or which may be brought against, or by, any officer of the City on behalf of the City, or in the capacity of such persons as an officer of the City. (1960 Code, §2.403)

2.  Judgments: It shall be the duty of the Corporation Counsel to see to the full enforcement of all judgments or decrees rendered or entered in favor of the City, and of all similar interlocutory orders. (1960 Code, §2.404)

3.  Advice: The Corporation Counsel shall be the legal advisor of the City, and shall render advice on all legal questions affecting the City, whenever requested to do so by any City official. Upon request by the Mayor or by the City Council, he shall reduce any such opinion to writing. (1960 Code, §2.405)

4.  Special Assessments: It shall be the duty of the Corporation Counsel to see to the completion of all special assessment proceedings and condemnation proceedings. (1960 Code, §2.406)

5.  Ordinances and Documents: It shall be the duty of the Corporation Counsel to draft or supervise the phraseology of any contracts, leases or other documents or instruments, to which the City may be a party; and upon request by the Council, to draft ordinances covering any subjects within the power of the City. (1960 Code, §2.407)