UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF NAPERVILLE, a municipal )<br>Corporation; MICHAEL HULL, in his individual )<br>and official capacity; DAVID DIAL, in his )<br>official and individual capacity; MICHAEL )<br>CROSS; in his individual and official capacity; )<br>PETER BURCHARD, in his official and )<br>individual capacity; MARGO L. ELY, in her )<br>individual and official capacity; and JOE )<br>MATCHETT, in his individual an official )<br>capacity, )<br>)<br>Defendants. ) | No. 07 C 6143<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Geraldine Soat Brown |

TO:   All Counsel of Record
      (See attached Certificate of Service)

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 30th day of April, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Geraldine Soat Brown, or any judge sitting in her stead, presiding in courtroom 1812 of the Northern District of Illinois, Eastern Division, and then and there present **Defendant City of Naperville's Motion for a Protective Order to Structure Discovery** and **Memorandum of Law in Support of Same**, a copy of which is hereby served upon you.

Respectfully submitted,

CITY OF NAPERVILLE,

Richard T. Sikes, Jr.
Terrence J. Sheahan
Freeborn & Peters              /s/ Terrence J. Sheahan
311 S. Wacker Drive, Suite 3000     One of Its Attorneys
Chicago, Illinois 60606
(312) 360-6000

Dated: April 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I caused the **Amended Notice of Motion**, and **Defendant City of Naperville's Motion for a Protective Order to Structure Discovery** and **Memorandum of Law in Support of Same** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shawn Michael Collins
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
(630) 527-1595
smc@collinslaw.com

John A. Sopuch
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
(630) 527-1595
jsopuch@collinslaw.com

Terry A. Ekl
Vince Mancini
Ekl Williams PLLC
tekl@eklwilliams.com
vmancini@eklwilliams.com
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532

James G. Sotos
John Timbo
James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, Illinois 60143
Fax: (630) 773-0980
jsotos@jsotoslaw.com
jtimbo@jsotoslaw.com

　　　　　　　　　　　　　　　　　　/s/ Terrence J. Sheahan
　　　　　　　　　　　　　　　　　　Terrence J. Sheahan