UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISISON

| | |
|---|---|
| RICHARD R. FURSTENAU,  )<br>  )<br>   Plaintiff,  )<br>  )<br> v.  )<br>  )<br> CITY OF NAPERVILLE, a municipal  )<br> corporation; MICHAEL HULL, in his  )<br> individual and official capacity;  )<br> DAVID DIAL, in his individual and  )<br> official capacity; MICHAEL CROSS, in  )<br> his individual and official capacity;  )<br> PETER BURCHARD, in his individual  )<br> and official capacity; MARGO L. ELY, in  )<br> her individual and official capacity; and  )<br> JOE MATHCETT, in his individual and  )<br> official capacity,  )<br>  )<br>   Defendants.  )  | No. 07 C 6143<br><br>The Honorable Charles R. Norgle<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF RE-FILING

PLEASE TAKE NOTICE that on April 24, 2008, Robert P. Cummins electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Corrected Response to Defendants' Motion for a Protective Order a true and correct copy of which is hereto attached.

RICHARD R. FURSTENAU

By: ___/s/ Robert P. Cummins___
 One of His Attorneys

Robert P. Cummins
The Cummins Law Firm, P.C.
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 578-0500
Attorney: #0557838

Shawn Michael Collins
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
(630) 527-1595

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 24, 2008, copies of the foregoing **Notice of Filing, Response to Defendants' Motion for a Protective Order**, and this Certificate of service were caused to be served upon the following:

**ATTORNEYS FOR PLAINTIFF:**
John A. Sopuch III
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
(630) 527-1595
E-mail: jsopuch@collinslaw.com

Edward John Manzke
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
(630) 527-1595
E-mail: ejmanzke@collinslaw.com

Shawn Michael Collins
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
(630) 527-1595
E-mail: smc@collinslaw.com

Aaron W. Rapier
The Collins Law Firm
1770 N. Park Street, Suite 2000
Naperville, IL 60563
(630) 527-1595
E-mail: arapier@collinslaw.com

**ATTORNEY FOR DEFENDANTS:**
Richard Thomas Sikes, Jr.
Freeborn & Peters
311 South Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 360-6000
E-mail: rsikes@freebornpeters.com

Terrence J. Sheahan
Freeborn & Peters
311 South Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 360-6000
E-mail: tsheahan@freebornpeters.com

Terry A. Ekl and Vincent C. Mancini
Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
E-mail: tekl@eklwilliams.com

Audrey Lane Brodick
Freeborn & Peters
311 South Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 360-6000
E-mail: abrodrick@freebornpeters.com

James G. Sotos
JAMES G. SOTOS & ASSOCIATES
550 East Devon, Suite 150
Itasca, Illinois 60143
(630) 735-3300
E-mail: jsotos@jsotoslaw.com

via the Electronic Filing System of the U.S. District Court for the Northern District of Illinois.

By: /s/ Robert P. Cummins