UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD R. FURSTENAU,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6143 |
| | ) | |
| **CITY OF NAPERVILLE**, a municipal | ) | The Honorable Charles R. Norgle |
| corporation; **MICHAEL HULL,** | ) | |
| in his individual and official capacity; | ) | Magistrate Judge Geraldine Soat Brown |
| **DAVID DIAL,** in his individual and official | ) | |
| capacity; **MICHAEL CROSS**, in his | ) | |
| individual and official capacity; | ) | JURY TRIAL DEMANDED |
| **PETER BURCHARD**, in his individual | ) | |
| and official capacity; **MARGO L. ELY**, | ) | |
| in her individual and official capacity, | ) | |
| and **JOE MATCHETT**, in his individual | ) | |
| and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 30, 2008** at **9:45 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before Magistrate Judge Geraldine Soat Brown, in Courtroom 1812, U.S. District Court, Eastern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Plaintiff's Motion to Compel the Deposition of George Pradel,** and hereby serve upon you a copy of same.

Dated: April 25, 2008

Respectfully submitted,
**RICHARD R. FURSTENAU**

By:  s/ John A. Sopuch III
One of the Plaintiff's Attorneys

Shawn M. Collins
Edward J. Manzke
John A. Sopuch III
Aaron W. Rapier
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595

Robert P. Cummins, Esq.
THE CUMMINS LAW FIRM
77 W. Wacker Drive
Suite 4800
Chicago, Illinois 60601
(312) 578-0500

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's **Notice of Motion** was electronically served on all counsel of record as a result of the CM/ECF filing of this document on April 25, 2008.

By: _s/ John A. Sopuch III_
One of the Plaintiff's Attorneys

Shawn M. Collins
Edward J. Manzke
John A. Sopuch III
Aaron W. Rapier
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595

Robert P. Cummins, Esq.
THE CUMMINS LAW FIRM
77 W. Wacker Drive
Suite 4800
Chicago, Illinois 60601
(312) 578-0500