UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6143 |
| ) | |
| CITY OF NAPERVILLE, a municipal ) | The Honorable Charles R. Norgle |
| corporation; MICHAEL HULL, ) | |
| in his individual and official capacity; ) | Magistrate Judge Geraldine Soat Brown |
| DAVID DIAL, in his individual and official ) | |
| capacity; MICHAEL CROSS, in his ) | |
| individual and official capacity; ) | JURY TRIAL DEMANDED |
| PETER BURCHARD, in his individual ) | |
| and official capacity; MARGO L. ELY, ) | |
| in her individual and official capacity, ) | |
| and JOE MATCHETT, in his individual ) | |
| and official capacity, ) | |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to this Court's "Standing Order", the parties submit this "Referral Cases" status report.

1.  **Brief Summary of Claims**

Plaintiff claims he was falsely arrested by Defendants City of Naperville, Dial, Cross, Hull and Matchett, in January of 2006.

Plaintiff further claims that, after he engaged in certain First Amendment-protected speech, including the filing of this civil rights complaint, certain Defendants (City of Naperville, Burchard, Ely and Matchett) unlawfully retaliated against him for doing so. There are no counterclaims or third party complaints.

2.   **Brief Statement of Relief Sought**

Plaintiff seeks compensatory damages for humiliation, embarrassment, loss of reputation and costs and expenses associated with his successful defense of the criminal charges brought against him. Plaintiff also seeks punitive damages against the individual Defendants and the recovery of the costs and attorney fees reasonably incurred in the prosecution of this action.

Although a precise delineation of damages (which is likely to be the subject of expert testimony) cannot be stated at this time, Plaintiff anticipates that an award of compensatory and punitive damages will exceed $750,000 exclusive of attorney fees.

3.   **Brief Description of Referral**

Judge Norgle has referred the following matters to this Honorable Court: Pretrial conference under Rule 16; all Discovery motions; Discovery supervision; Discovery conference under Rule 26(f); Settlement Conference; Preparation of pretrial materials; Conduct necessary proceedings and enter Order/Report and Recommendation on all nondispositive pretrial motions through filing of pretrial materials including final pretrial order. (*See* Executive Order at Dkt. # 77).

4.   **Status of Briefing**

There are pending fully-briefed motions to dismiss as to certain claims directed at Defendant City of Naperville and Defendants Burchard, Ely and Matchett.

Defendants Dial, Cross and Hull have answered.

The City has also filed a "Motion for a Protective Order to Structure Discovery," (*See* Dkt. #68-69). This Motion was to be presented to Judge Norgle on April 4, 2008, but has been re-noticed for presentment to this Court on April 30, 2008. Plaintiff has filed a brief response to the Motion.

5.  **Status of Discovery**

The parties have exchanged Rule 26(a)(1) disclosures. The parties have also engaged in initial written discovery and some documents have been produced pursuant to written requests. Further document production remains to be completed. The parties have discussed electronic discovery and have agreed on specifications for such discovery. One deposition has been completed.

6.  **Trial Before Magistrate**

The parties have not agreed to consent to trial before the Magistrate Judge.

7.  **Deadlines**

No dates have been set concerning a discovery cut-off, the submission of a pre-trial order or trial.

8.  **Settlement Negotiations**

Based on the pleading history, motion practice and discovery issues that are implicated in this case, an initial effort was made to address the matter of settlement. Further, and given the pending discovery motions, an effort was made to obviate at least some major aspects of the discovery disputes. To this point those efforts have been unsuccessful; however, Plaintiff believes intervention in these matters by the Magistrate Judge will undoubtedly advance the ball on these pending matters and should eliminate or resolve at least some of the contested issues without the need for protracted briefing. Defendants do not agree that involving the Court in settlement discussions at this point will be fruitful.

Dated: April 25th, 2008                              Respectfully submitted,

s/ Shawn Michael Collins                             s/Terrence J. Sheahan
SHAWN MICHAEL COLLINS                                TERRENCE J. SHEAHAN
One of the attorneys for Plaintiff                   One of the attorneys for Defendants
The Collins Law Firm                                 Freeborn & Peters
1770 N. Park Street, Suite 200                       311 South Wacker Drive, Suite 300
Naperville, IL 60563                                 Chicago, IL 60606
(630) 527-1595                                       (312) 360-6000
smc@collinslaw.com                                   tsheahan@freebornpeters.com

s/Robert P. Cummins                                  s/James G. Sotos
ROBERT P. CUMMINS                                    JAMES G. SOTOS
One of the attorneys for Plaintiff                   One of the attorneys for Defendants
The Cummins Law Firm                                 James G. Sotos & Associates, Ltd.
77 West Wacker Drive, Suite 4800                     550 E. Devon Avenue, Suite 150
Chicago, IL 60601                                    Itasca, IL 60143
(312) 578-0500                                       (630) 735-3300
rpc@cumminscronin.com                                jsotos@jsotoslaw.com

                                                     s/Terry A. Ekl
                                                     TERRY A. EKL
                                                     One of the Attorneys for Defendants
                                                     Ekl Williams PLLC
                                                     Two Arboretum Lakes
                                                     901 Warrenville Road, Suite 175
                                                     Lisle, IL 60532
                                                     (630) 654-0045
                                                     tekl@eklwilliams.com

4