**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Richard R. Furstenau
                          Plaintiff,

v.                                              Case No.: 1:07–cv–06143
                                              Honorable Charles R. Norgle Sr.

City of Naperville, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

       MINUTE entry before Judge Honorable Geraldine Soat Brown:Status hearing held. Motion hearing held. Plaintiff's motion to compel the deposition of George Prade [85] is withdrawn. City of Naperville's motion for protective order to structure discovery [69] is entered and continued to 05/06/08 at 9:30 a.m. Parties shall have a conference to discuss proceedings with discovery on 05/01/08, after the deposition of the plaintiff.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.