UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Richard R. Furstenau
                     Plaintiff,

v.                                     Case No.: 1:07–cv–06143
                                            Honorable Charles R. Norgle Sr.

City of Naperville, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

       MINUTE entry before Judge Honorable Geraldine Soat Brown: Status hearing held and continued to 06/02/08 at 9:30 a.m. Motion hearing held. City of Naperville's motion for protective order to structure discovery [69] is granted in part and continued in part to 6/02/08 at 9:30 a.m. Parties shall proceed with the depositions of the individual defendants and other witnesses whose testimony relates to the so called "police" portion of the case. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.