# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Richard R. Furstenau
                        Plaintiff,

v.                                               Case No.: 1:07–cv–06143
                                                Honorable Charles R. Norgle Sr.

City of Naperville, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 07/15/08 at 9:30 a.m. Motion hearing held. City of Naperville's motion for protective order to structure discovery [69] is entered and continued to 7/15/08 at 9:30 a.m.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.