UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CITY OF NAPERVILLE, a municipal )<br>corporation; MICHAEL HULL, )<br>in his individual and official capacity; )<br>DAVID DIAL, in his individual and official )<br>capacity; MICHAEL CROSS, in his )<br>individual and official capacity; )<br>PETER BURCHARD, in his individual )<br>and official capacity; MARGO L. ELY, )<br>in her individual and official capacity, )<br>and JOE MATCHETT, in his individual )<br>and official capacity, )<br>)<br>Defendants. ) | No. 07 C 6143<br><br>The Honorable Charles R. Norgle<br><br>Magistrate Judge Geraldine Soat Brown<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, August 22, 2008** at **9:45 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before Magistrate Judge Geraldine Soat Brown, in Courtroom 1812, U.S. District Court, Eastern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Compel Defendant Peter Burchard to Sit For His Deposition in the Chicagoland Area,** and hereby serve upon you a copy of same.

Dated: August 19, 2008

Respectfully submitted,
**RICHARD R. FURSTENAU**

By:  s/ Shawn M. Collins
       One of the Plaintiff's Attorneys

Shawn M. Collins
Edward J. Manzke
John A. Sopuch III
Aaron W. Rapier
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595

Robert P. Cummins, Esq.
THE CUMMINS LAW FIRM
77 W. Wacker Drive
Suite 4800
Chicago, Illinois 60601
(312) 578-0500