2015.000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | |
|---|---|
| RICHARD FURSTENAU,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NAPERVILLE, a Municipal Corporation; MICHAEL HULL, in his individual and official capacity; DAVID DIAL, in his official and individual capacity; PETER BURCHARD, in his official and individual capacity; MARGO L. ELY, in her individual and official capacity; and JOE MATCHETT, in his individual and official capacity,<br><br>Defendants. | No.:   07 C 6143<br><br>Honorable Judge Charles R. Norgle<br>Courtroom: 2341<br><br>Magistrate Judge Geraldine Soat Brown |

### AFFIDAVIT OF PETER BURCHARD

Affiant, Peter Burchad, being first duly sworn on oath, and if called to testify in this matter, that he would testify as follows:

1.  Following the termination of my employment with the City of Naperville, I was a paid consultant for the City from January through June of 2008.

2.  Plaintiff was a councilman at the time I was hired as a consultant and was aware that my last date as a consultant was June 30, 2008.

3.  During the time frame of January through June of 2008, I lived in Georgia as the result of a new employment opportunity and traveled to Naperville on at least 15 occasions for both family matters and business matters for the City of Naperville.

forms\pi\piforms\misc\complmtn.frm

4. On or about July 1, 2008, I sold my family residence located in Naperville.

5. On or about June 6, 2008, I purchased a new residence located in Evans, Georgia.

6. I and my family have resided in Georgia since July 1, 2008.

7. To travel from my home in Georgia to Chicago requires me to either drive to Atlanta and fly direct to Chicago, or to take a connecting flight from a local airport to Chicago. Either way, traveling to Chicago takes at least seven (7) hours door-to-door without any delays.

8. At this time, I have no accrued vacation or personal time to use for purposes of being deposed in this case. Any time that I miss from work would be unpaid at this time.

Further affiant sayeth not.

_____
Peter Burchard

Signed and sworn before me
this 20th day of August, 2008

_____
Notary Public

Diane C. Wray
Notary Public, Columbia County, Georgia
My Commission Expires May 19, 2012

forms\pi\piforms\misc\complmtn.frm