2015.000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| **RICHARD FURSTENAU,** <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF NAPERVILLE,** a Municipal Corporation; **MICHAEL HULL**, in his individual and official capacity; **DAVID DIAL,** in his official and individual capacity; **PETER BURCHARD**, in his official and individual capacity; **MARGO L. ELY,** in her individual and official capacity; and **JOE MATCHETT**, in his individual and official capacity**,** <br><br> Defendants. | No.: 07 C 6143 <br><br> Honorable Judge Norgle <br> Courtroom: 2341 |

## NOTICE OF FILING

TO:   See attached Service List.

     PLEASE TAKE NOTICE that on August 20, 2008, the Defendant Burchard's Response to Plaintiff's Motion to Compel and Motion in Support of Protective Order was filed electronically with the U. S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, a copy of which is hereby served upon you in the manner described.

                                        /s/ Vincent C. Mancini

Terry A. Ekl
Vincent C. Mancini
EKL WILLIAMS PLLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
ARDC# 6243417
vmancini@eklwilliams.com
J:\MARY\CLIENT FILES\BURCHARD.2015.000\PLEADINGS\NOF - Response MTC

# SERVICE LIST

RE: Furstenau v. City of Naperville, et al.
Court Number: 07 CV 06143
Our File Number: 2015.000

John A. Sopuch
Shawn Michael Collins
Edward John Manzke
Aaron W. Rapier
The Collins Law Firm
1770 North Park Street, Suite #200
Naperville, IL 60563
(312) 527-1595
jsopuch@collinslaw.com
smc@collinslaw.com
ejmanzke@collinslaw.com
arapier@collinslaw.com
*Attorneys for Plaintiff, Richard R. Furstenau*

**ATTORNEYS FOR DEFENDANTS:**

Richard Thomas Sikes, Jr.
Terrence J. Sheahan
Audrey Lane Brodrick
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
rsikes@freebornpeters.com
tsheahan@freebornpeters.com
*Attorneys for Defendant, City of Naperville*

Terry A. Ekl
Vincent C. Mancini
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@eklwilliams.com
vmancini@eklwilliams.com
*Attorneys for Defendant, Peter Burchard*

James G. Sotos
John J. Timbo
James G. Sotos & Associates, Ltd.
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 773-0980 *Facsimile*
jsotos@jsotslaw.com
jtimbo@jsotoslaw.com
*Attorneys for Defendant, Michael Hull, David Dial, and Michael Cross*