UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Richard R. Furstenau
                          Plaintiff,

v.                                               Case No.: 1:07−cv−06143
                                                     Honorable Charles R. Norgle Sr.

City of Naperville, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 10/07/08 at 9:30 a.m. Motion hearing held. City of Naperville's motion for protective order to structure discovery [69] is granted. Except for the deposition of Peter Burchard, discovery with respect to the "retaliation" part of the case is stayed until the next status date. Parties are ordered to complete all discovery with respect to the "false arrest" portion of the case by 09/30/08. Plaintiff's motion to compel [95] is withdrawn. Motion hearing set for 08/22/08 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.