UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6143 |
| ) | |
| v. ) | Judge Charles R. Norgle |
| ) | |
| CITY OF NAPERVILLE, a municipal ) | Magistrate Judge Geraldine Soat Brown |
| Corporation; MICHAEL HULL, in his individual ) | |
| and official capacity; DAVID DIAL, in his ) | |
| official and individual capacity; MICHAEL ) | |
| CROSS; in his individual and official capacity; ) | |
| PETER BURCHARD, in his official and ) | |
| individual capacity; MARGO L. ELY, in her ) | |
| individual and official capacity; and JOE ) | |
| MATCHETT, in his individual an official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

TO: All Counsel of Record
(See attached Certificate of Service)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 12th day of September, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead, presiding in courtroom 2341 of the Northern District of Illinois, Eastern Division, and then and there present **Defendant City of Naperville's Motion for Leave to Supplement Its Motion to Dismiss Plaintiff's Third Amended Complaint With Additional Authority**, a copy of which is hereby served upon you.

Respectfully submitted,

CITY OF NAPERVILLE,

Richard T. Sikes, Jr.
Terrence J. Sheahan
Freeborn & Peters                   /s/ Terrence J. Sheahan
311 S. Wacker Drive, Suite 3000       One of Its Attorneys
Chicago, Illinois 60606
(312) 360-6000

Dated: September 8, 2008

1614931v1