UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD R. FURSTENAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6143 |
| ) | |
| CITY OF NAPERVILLE, et al. ) | The Honorable Charles R. Norgle |
| ) | |
| Defendants. ) | Magistrate Judge Geraldine Soat Brown |
| ) | |
| ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, September 26, 2008** at **10:30 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Charles R. Norgle in Courtroom 2341, U.S. District Court, Eastern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion For Leave To File Its Additional Opposition To Motion To Dismiss Of City Of Naperville**, and hereby serve upon you a copy of same.

Dated: September 19, 2008

Respectfully submitted,
**RICHARD R. FURSTENAU**

By:   s/ Shawn M. Collins
         One of the Plaintiff's Attorneys

Shawn M. Collins
Edward J. Manzke
John A. Sopuch III
Aaron W. Rapier
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595

Robert P. Cummins, Esq.
THE CUMMINS LAW FIRM
77 W. Wacker Drive
Suite 4800
Chicago, Illinois 60601
(312) 578-0500